# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2179
_____

Patrick A. Carlone,

*Plaintiff - Appellant*,

v.

Asbestos Workers Local 34; Roger LeClaire,

*Defendants - Appellees*.

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: December 11, 2014
Filed: January 21, 2015
[Unpublished]

_____

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Patrick Carlone appeals the district court's[1] order imposing sanctions against him, pursuant to Federal Rule of Civil Procedure 11, including dismissing his pro se civil action with prejudice and enjoining him from filing future lawsuits unless he both is represented by counsel and has obtained prior court approval. Upon careful review, we conclude that the district court did not abuse its discretion in imposing Rule 11 sanctions, as Carlone has an extensive history of filing frivolous and vexatious lawsuits and has threatened to continue doing so. *See* Fed. R. Civ. P. 11(c); *Carman v. Treat*, 7 F.3d 1379, 1381-82 (8th Cir. 1993). However, we modify the restrictions imposed by the district court to reflect that Carlone is enjoined from filing future lawsuits unless he either is represented by counsel or has obtained prior court approval. Subject to that modification, the judgment is affirmed. *See* 8th Cir. R. 47B.

——————————————

[1]The Honorable Susan Richard Nelson, United States District Judge for the District of Minnesota, adopting the reports and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.